# UNITED STATES DISTRICT COURT
for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 2 1 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 2:19-MJ-00075-JTR |
| JAYDIN LEDFORD | ) |

## CRIMINAL COMPLAINT

I, Marjoe Jennings, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about February 1, 2019, in the county of Okanogan in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §875(C) | Threats in Interstate Communications |

This complaint is based on these facts:

☑ Continued on the attached sheet.

_____ Special Agent
Complainant's signature
SA Marjoe Jennings, FBI
Printed name and title

☐ ~~Sworn to before me and signed in my presence.~~
☒ Sworn to telephonically and signed ~~electronically~~. IN MY PRESENCE

Date: 2-21-19

_____
Judge's signature
John T. Rodgers, United States Magistrate Judge

City and state:    Spokane, Washington

Printed name and title

P40306jm.SLA