# United States District Court, Eastern District of Washington
## Magistrate Judge John T. Rodgers
Spokane

**USA v. Jaydin Ledford**                                    Case No.   2:19-MJ-75-JTR

## Initial Appearance on Complaint:                                   02/21/2019

- ☒ Courtney Piazza, Courtroom Deputy [S]
- ☐ Pam Howard, Courtroom Deputy [Y]
- ☒ Shane Moore, US Probation / Pretrial Services Officer
- ☒ Defendant present in custody USM

- ☒ Caitlin Baunsgard, US Atty
- ☒ Lorinda Youngcourt, Defense Atty
- ☒ Interpreter **NOT REQUIRED**

---

- ☒ Rights given
- ☒ USA seeking detention
- ☒ Financial Affidavit (CJA 23) filed
- ☒ The Court will appoint the Federal Defenders
- ☐ Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney
- ☐ PRE-Trial Services Report ordered

- ☒ Acknowledgment of Rights filed
- ☒ Defendant received copy of charging document
- ☒ Defendant waived reading of charging document
- ☐ Charging document read in open court
- ☐ POST Pre-Trial Services Report ordered

## REMARKS

Defendant appeared in custody in shackles, at the request of the USM, with counsel and was advised of his rights and the allegations contained in the Complaint.

The Defendant acknowledged to the Court that his true and correct name is Jaydin Harvey Wesley Ledford.

Based on information provided in the Financial Affidavit, the Court appointed the Federal Defender to represent Defendant in this matter.

Government has filed a motion for detention.

Defendant requested a preliminary/detention hearing.

**The Court ordered:**
1. Detention and Preliminary hearing set for 2/26/19 at 1:30 p.m.
2. Defendant shall be detained by the U. S. Marshal until further order of the Court.

| **Detention Hrg:**<br>02/26/2019<br>@ 1:30 p.m. [S/JTR] | **Preliminary Hrg:**<br>02/26/2019<br>@ 1:30 p.m. [S/JTR] | **Status Hrg:**<br>*NA* |
|---|---|---|

Digital Recording/S-740          Time:  3:22 p.m. – 3:27 p.m.                    Page 1